# *MARTIN G. WEINBERG, P.C.*
## *ATTORNEY AT LAW*

*20 PARK PLAZA, SUITE 1000*
*BOSTON, MASSACHUSETTS 02116*

*(617) 227-3700*

*FAX (617) 338-9538*

*NIGHT EMERGENCY:*
*(617) 901-3472*

*EMAIL ADDRESSES:*

*owlmcb@att.net*
*owlmgw@att.net*

February 26, 2026

**VIA ELECTRONIC FILING**
Clerk of Court Anastasia Dubrovsky
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**RE:** T.C. v. KYES, No. 25-1752

Dear Ms. Dubrovsky,

Yesterday a panel of the Court consisting of Chief Judge Barron and Circuit Judges Gelpi and Aframe issued a temporary Order that in part required that counsel for the petitioner-appellant provide the panel with information about petitioner-appellant's location and status.  T.C. is being detained in the custody of the United States Marshal at the Department of Youth Services ("DYS") facility at 33 Gregory Street Middleton, MA.  01949.

Respectfully,

/s/ Martin G. Weinberg