# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Appeal No. 25-1752

---

**T.C.,**

*Petitioner - Appellant*

**v.**

**BRIAN A. KYES, United States Marshal, District of Massachusetts,**

*Respondent - Appellee*

---

## ASSENTED-TO MOTION TO DISMISS APPEAL

Pursuant to Fed. R. App. P. 42(b), Petitioner-Appellant T.C., with the consent of Respondent-Appellee Brian A. Kyes, United States Marshal for the District of Massachusetts, respectfully moves to dismiss this appeal. The parties further agree that each side shall bear its own costs.

As grounds and reasons therefore, Appellant states that the issue presented in this appeal is now moot because, after the appeal was taken, Turkey filed an indictment against T.C.[1] The appeal challenged extradition on the ground that Turkey had not

---

[1] The Appellant contends, however, that the newly filed indictment exceeds the scope of the charges presented to and approved by the magistrate judge under 18 U.S.C. § 3184, adding a new criminal charge alleging conscious recklessness which materially increases T.C.'s sentencing exposure. Accordingly, T.C. will be filing a motion today seeking for the lower court to reopen the underlying extradition proceeding on that

1

formally charged T.C. or commenced a prosecution. Considering the filing of the indictment, that issue no longer presents a live controversy for this Court to resolve. Accordingly, dismissal is appropriate under Rule 42(b).

For the foregoing reasons, T.C. respectfully requests that the Court dismiss the appeal, with each side to bear its own costs.

<div style="margin-left:40%">

Respectfully Submitted,
T.C.,
By His Attorneys,

*/s/ Martin G. Weinberg*
Martin G. Weinberg, Esq.
BBO #519480
20 Park Plaza Suite 1000
Boston, MA 02116
(617) 227-3700

*/s/ Victoria Kelleher*
Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street, Suite 500
Boston MA 02109
(978) 744-4126

*/s/ Maksim Nemtsev*
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700

</div>

Date: March 20, 2026

---

basis.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.